UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROY EVERET ANDERSON, II,
    Plaintiff,

vs.                                        Case No.: 3:20cv5779/MCR/EMT

GRAHAM FOUNTAIN, et al.,
    Defendants.
_____/

## **REPORT AND RECOMMENDATION**

Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1).  On March 22, 2021, the court entered an order directing Plaintiff to file an amended civil rights complaint within thirty days (ECF No. 6). The court notified Plaintiff that his failure to comply with an order of the court would result in a recommendation of dismissal of this case (*see id.* at 11).

Plaintiff did not file an amended complaint by the deadline; therefore, on June 1, 2021, the court issued an order directing Plaintiff to show cause, within thirty days, why this case should not be dismissed for his failure to comply with an order of the court (*see* ECF No. 8).  The deadline for compliance with the show cause order has passed, and Plaintiff has not responded.[1]

---

[1] The clerk of court mailed copies of the court's orders to Plaintiff's record address, the Okaloosa County Jail.  The Jail returned both orders with an indication that Plaintiff was not in custody (*see* ECF Nos. 7, 9). The clerk searched the Florida Department of Corrections' inmate population

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 8th day of July 2021.

/s/ Elizabeth M. Timothy
**ELIZABETH M. TIMOTHY
CHIEF UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control</u>. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**

---

information detail and discovered Plaintiff's institutional addresses in the FDOC and remailed copies of the orders to Plaintiff at those addresses (*see id.*). Despite these efforts, Plaintiff still has not communicated with the court and has not done so since September of 2020.

Case No.: 3:20cv5779/MCR/EMT