UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROY EVERET ANDERSON, II,

    Plaintiff,

v.                                CASE NO. 3:20cv5779-MCR-EMT

GRAHAM FOUNTAIN, et al.,

    Defendants.

_____/

**O R D E R**

The chief magistrate judge issued a Report and Recommendation on July 8, 2021.  ECF No. 10.  Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The chief magistrate judge's Report and Recommendation, ECF No. 10, is adopted and incorporated by reference in this Order.

2.     This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

3.     The clerk of court is directed to enter judgment in accordance with this Order and close the case.

**DONE AND ORDERED** this 17th day of August 2021.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:20cv5779-MCR-EMT